IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES TERRY,** <br> Petitioner, <br> v. <br> **UNITED STATES OF AMERICA,** <br> Respondent. | 1:12-cv-01388 LJO MJS HC <br><br> **ORDER DENYING MOTION FOR RECONSIDERATION** <br><br> **(Doc. 23)** |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On October 15, 2012, the undersigned denied the petition on the merits. On November 26, 2012, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b). On March 29, 2013, the Court denied the motion for Reconsideration. Petitioner appealed the denial of the petition, and on September 4, 2013, the Ninth Circuit denied Petitioner's request for a certificate of appealability and ordered all pending motions to be denied as moot.

///

///

///

1

On August 23, 2013, prior to the Ninth Circuit order, Petitioner filed a second Motion for Reconsideration. In light of the Ninth Circuit order denying all pending orders as moot, Petitioner's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **October 30, 2013**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE