IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES TERRY,** | 1:12-cv-01388 LJO MJS HC |
| Petitioner, | **ORDER DENYING MOTION FOR RECONSIDERATION AND MOTION TO RECALL PREVIOUS ORDER** |
| v. | **(Docs. 27-28)** |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On October 15, 2012, the undersigned denied the petition on the merits. On November 26, 2012, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b). On March 29, 2013, the Court denied the motion for Reconsideration. Petitioner appealed the denial of the petition, and on September 4, 2013, the Ninth Circuit denied Petitioner's request for a certificate of appealability and ordered all pending motions to be denied as moot.

Petitioner filed a second motion for reconsideration on August 23, 2013. The motion raised the same claims as the first motion for reconsideration, and the Court denied the motion on October 30, 2013. Petitioner now presents another motion for

1

reconsideration and a motion to recall the October 30, 2013 order. (<u>See</u> ECF Nos. 27-28.) Petitioner continues to argue contentions previously raised and already denied by this Court regarding his factual innocence of the underlying conviction. Accordingly, Petitioner's motion for reconsideration and motion to recall the Court's order are DENIED.

IT IS SO ORDERED.

Dated: **December 2, 2013**        /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE